THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PAYNE, | : |
| | : CIVIL ACTION NO. 1:23-490 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : (Magistrate Judge Carlson) |
| v. | : |
| | : |
| R. GIMBLE, et al., | : |
| | : |
| Defendants. | : |

### ORDER

AND NOW, THIS __14th__ DAY OF JULY 2023, upon consideration of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 14) and all relevant documents for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 14) is **ADOPTED** for the reasons stated therein;

2. The "Motion to Voluntary [sic] Dismiss Plaintiff's Complaint" (Doc. 13) is **GRANTED**;[1]

3. The above-captioned action is **DISMISSED WITH PREJUDICE**;

4. The Motion to Dismiss (Doc. 11) is **DEEMED MOOT**;

5. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge

---

[1] Plaintiff seeks dismissal with prejudice. (Doc. 13 at 1.)